FILED
August 6, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>v.<br>NAVJOT SINGH,<br><br>　　　　　Defendant. | Case No. 2:10-MJ-0228-DAD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release NAVJOT SINGH, Case No. 2:10-MJ-0228-DAD, Charge Title 21 USC §§ 846; 841(a)(1); 843 (b), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　___　Release on Personal Recognizance

　　_X_　Bail Posted in the Sum of $ 80,000 (secured by parent's property)

　　　　　_X_　Unsecured Appearance Bond  (until bond is secured)

　　　　　___　Appearance Bond with 10% Deposit

　　　　　___　Appearance Bond with Surety

　　　　　___　Corporate Surety Bail Bond

　　　　　_X_　(Other)　　with pretrial supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  August 6, 2010  at   3:10   pm  .

By  /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge