FILED

AUG 13 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

Law Office of Martin E. Tejeda
Martin Tejeda (SBN: 210298)
917 G Street
Sacramento, CA 95814
(916) 498.1321
Fax: (916) 498.1325

Martin Tejeda
Attorney for Navjot Singh

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NAVJOT SINGH, et. al,<br><br>Defendants | Case No.: 2:10-MJ-0228-DAD<br><br>STIPULATION AND [~~PROPOSED~~] *Da)* ORDER EXTENDING DUE DATE FOR SECURED BOND<br><br>COURT: Hon. Dale A. Drozd |

Stipulation

The parties, through undersigned counsel, stipulate that the due date for defendant NAVJOT SINGH to obtain and file an appearance bond secured with $80,000, of home equity, may be extended from August 13, 2010, to August 20, 2010.

The defense has provided the prosecution with a copy of the "Grant Deed", "Property Appraisal" and a copy of an "Agreement to Forfeit Real Property to Obtain Defendant's Release". However, the new "Deed of Trust" required must be recorded with the Sutter County Recorders Office and mailed back to us. As such, the additional time

1  requested is necessary to have the new "Deed of Trust" recorded with the Sutter County
2  Recorders Office.
3
4       The prosecutor has authorized defense counsel to sign the stipulation on his
5  behalf.
6  DATED: August 12, 2010                    BENJAMIN WAGNER
7                                            United States Attorney
8
9                                   By    /s/ Martin E. Tejeda for
                                          Todd Leras
10                                        Assistant U.S. Attorney
11
12 DATED: August 12, 2010                    by /s/ Martin E. Tejeda
13                                           Martin E. Tejeda
                                             Counsel for NAVJOT SINGH
14
15
                                Order
16
17      Good cause appearing,
18      The due date for defendant NAVJOT SINGH to obtain and file an appearance
19
20 bond secured with $80,000, of home equity, is extended to August 20, 2010.
21
22      IT IS SO ORDERED.
23
24
25
26 DATED: August 13, 2010                   _____
                                            Dale A. Drozd
27                                          United States Magistrate Judge
28