1 MARTIN E. TEJEDA, SBN 210298
2 917 G Street, Suite 108
  Sacramento, CA 95814
3 T: (916) 498-1321

4

5 Attorney for Defendant
  NAVJOT SINGH
6

7
                IN THE UNITED STATES DISTRICT COURT
8
                FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11 UNITED STATES OF AMERICA,          Case No.: 2:10-CR-00347-MCE

12          Plaintiff,                 STIPULATION AND ORDER
                                       CONTINUING STATUS CONFERENCE
13     vs.
                                       Date:  October 14, 2010
14 NAVJOT SINGH,                       Time:  9:00 a.m.
15                                     Judge: Hon. Morrison C. England, Jr.
            Defendant.
16

17

18
    IT IS HEREBY stipulated between the United States of America through its
19
undersigned counsel, Todd D. Leras, Assistant United States Attorney, together with
20
counsel for defendant Navjot Singh, Martin E. Tejeda, Esq., that the status conference
21
presently set for October 14, 2010 be **continued to January 13, 2011 at 9:00 a.m.,** thus
22
**vacating** the presently set status conference.
23
    The government has just released voluminous discovery to the defense, which will
24
take significant time to review. Counsel for parties therefore agree that this is an
25
appropriate exclusion of time within the meaning of Title 18, United States Code §
26
3161(h)(7)(B)(iv) (continuity of counsel/reasonable time for effective preparation) and
27
Local Code T4, and agree to exclude time from the date of filing of the order until the
28
date of the status conference January 13, 2011.

IT IS SO STIPULATED

DATED:     October 12, 2010          /s/ Martin Tejeda
                                     MARTIN TEJEDA
                                     Attorney for Defendant
                                     Navjot Singh


DATED:     October 12, 2010          Benjamin B. Wagner
                                     United States Attorney


                                     /s/ Todd D. Leras
                                     TODD D. LERAS
                                     Assistant United States Attorney

1  MARTIN E. TEJEDA, SBN 210298
2  917 G Street, Suite 108
   Sacramento, CA 95814
3  T: (916) 498-1321
4  Attorney for Defendant
   NAVJOT SINGH
5

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:10-CR-00347-MCE |
|---|---|
| Plaintiff, | ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | |
| NAVJOT SINGH, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered that the October 14, 2010 status conference be continued to January 13, 2011 at 9:00 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 from the date of this order to January 13, 2011.

IT IS SO ORDERED.

DATED: October 13, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE