MARK J. REICHEL, State Bar #155034
THE LAW OFFICES OF REICHEL & PLESSER
455 CAPITOL MALL, 3rd FLOOR, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
FAX:       (916) 441-6553
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
NAVJOT SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-S-10-347 MCE |
| | ) | |
| Plaintiff, | ) | **WAIVER OF DEFENDANT'S** |
| | ) | **PERSONAL APPEARANCE; ORDER** |
| v. | ) | **THEREON** |
| | ) | |
| | ) | |
| | ) | Judge: HON. MORRISON C. |
| NAVJOT SINGH | ) | ENGLAND, JR. |
| | ) | |
| Defendants. | ) | |
| | ) | |

_____

     Pursuant to Rule 43 of the Federal Rules of Criminal
Procedure, the defendant hereby waives the right to be
present in person in open court upon the hearing of any
motion or other proceeding in this case, including, but not
limited to, when the case is set for trial, when a
continuance is ordered, and when any other action is taken by
the court before or after trial, specifically, appearances
for any hearing regarding modification of conditions of
supervised release, except upon arraignment, plea,
impanelment of jury and imposition of sentence.

Waiver of appearance

Defendant hereby requests the Court to proceed during every absence which the Court may permit pursuant to this waiver; agrees that defendant's interest will be deemed represented at all times by the presence of the defendants's attorney, the same as if the defendant was personally present; and further agrees to be present in court ready for trial any day and hour the court may fix in the defendant's absence.

The defendant further acknowledges being informed of the rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates under that Act without the defendant's personal presence.

The original signed copy of this waiver is being preserved by the attorneys undersigned.

///
///
///
///
///
///
///
///
///
///
///
///
///

Waiver of appearance                    2

1    Defense counsel inquired of Pretrial Services Officer

2  Gina Fabion who does not object to this request.

3

4  Dated: May 30 2012

5

6

                                    *NAVJOT SINGH*
7                              (Original retained by attorney)

8    I agree with and consent to my client's waiver of

9  appearance.

10  Dated: May 30  2012

11                          /s/ *Mark J. Reichel*

12                          MARK J. REICHEL
                            Attorney for Defendant
13

14

15

16    **IT IS SO ORDERED.**

17

18  Dated: June 4, 2012

19

20                          MORRISON C. ENGLAND, JR.

21                          UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28