MARK REICHEL (Cal. SBN #155034)
REICHEL & PLESSER LLP
455 Capitol Mall, Suite 802
Sacramento, CA. 95814
Tel. (916) 498-9258
Fax (888) 567-2949
E-Mail:  mark@reichellaw.com

Attorney for Defendant
NAVJOT SINGH

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NAVJOT SINGH et al.<br><br>    Defendant. | No.10-347 MCE<br><br>EX PARTE REQUEST FOR ORDER EXONERATING BOND; ORDER<br><br>Date:<br><br>Judge:  Hon. Morrisson C. England, Jr. |

Defendant has been sentenced and is now upon a term of probation.  His pretrial release is now terminated.  Defendant requests, through counsel, that his bond be exonerated and all bonds and liens posted as security for his release be exonerated. Therefore,

///

///

IT IS HEREBY ORDERED that the property bond posted for the defendant's pretrial release shall be exonerated and the lien shall be released and reconveyed forthwith.

IT IS SO ORDERED.

Dated: August 10, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT