1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD WISHEK & SANDS LLP
2  765 University Avenue
   Sacramento, CA 95825
3  Telephone: (916) 444-9845
   E-Mail: cblackmon@rwslaw.com
4
   Attorneys for Defendant
5  Navjot Singh

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:10-CR-00347 MCE |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING HEARING ON PETITION FOR WRIT OF ERROR CORAM NOBIS AND SETTING NEW BRIEFING SCHEDULE** |
| vs. | |
| NAVJOT SINGH, | |
| Defendant. | |

The United States of America, through its counsel Justin L. Lee, and Navjot Singh, through his counsel Clyde M. Blackmon, stipulate that the hearing on Mr. Singh's Petition for Writ of Error Coram Nobis now scheduled for 10:00 a.m. on January 17, 2019, may be continued to February 7, 2019, and the parties briefing schedule may be changed accordingly.

A continuance of the hearing date is necessary due to the complexity of the legal and factual issues involved in the matter and counsel for the government needs more time in which to complete his opposition to Mr. Singh's petition. Counsel for Mr. Singh has no objection to a continuance of the hearing. Therefore, the parties request that the hearing on the Petition

for Writ of Error Coram Nobis be continued to 10:00 a.m. on February 7, 2019, and that the parties' briefing schedule be changed as follows: Government's opposition to the petition to be filed on January 24, 2019; Mr. Singh's reply to the government's opposition to be filed on January 31, 2019.

IT IS SO STIPULATED.

DATED: December 27, 2018   Rothschild Wishek & Sands, LLP

By: //s// Clyde M. Blackmon
CLYDE M. BLACKMON
Attorneys for Navjot Singh

DATED: December 27, 2018   By: //s// Clyde M. Blackmon for
Justin L. Lee
Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is hereby ordered that the hearing on Navjot Singh's Petition for Writ of Error Coram Nobis is continued to 10:00 a.m. on February 7, 2019, in courtroom 7. The government's opposition to the petition must be filed by January 24, 2019, and Mr. Singh's reply to the government's opposition must be filed by January 31, 2019.

IT IS SO ORDERED.

Dated: December 29, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE