```
1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD WISHEK & SANDS LLP
2  765 University Avenue
   Sacramento, CA  95825
3  Telephone: (916) 444-9845
   E-Mail: cblackmon@rwslaw.com
4
   Attorneys for Defendant
5  NAVJOT SINGH
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:10-CR-00347 MCE |
|---|---|
| Plaintiff, | WAIVER OF PERSONAL APPEARANCE |
| vs. | |
| NAVJOT SINGH, | |
| Defendant. | |

Defendant, Navjot Singh, hereby waives the right to present in person in open court upon the hearing or other proceeding which might be held on his Petition for Writ of Error Coram Nobis.  Defendant requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the by the presence of his attorney, the same as if defendant were personally present.

This Waiver of Personal Appearance shall not apply to any evidentiary hearing, or other proceeding in which evidence might be taken, which the Court might order in connection with the Petition for Writ of Error Coram Nobis.

/////

```
 1  DATED:  January 28, 2019        /s/ Navjot Singh
                                    NAVJOT SINGH
 2

 3

 4  APPROVED:

 5

 6  /s/ Clyde M. Blackmon
    CLYDE M. BLACKMON
 7  Attorney for Defendant
    NAVJOT SINGH
 8

 9

10       IT IS SO ORDERED.

11  Dated:  February 4, 2019

12

13                                  _____
                                    MORRISON C. ENGLAND, JR
14                                  UNITED STATES DISTRICT JUDGE
```