CLYDE M. BLACKMON (SBN 36280)
ROTHSCHILD WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA 95825
Telephone: (916) 444-9845
E-Mail: cblackmon@rwslaw.com

Attorneys for Defendant
Navjot Singh

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:10-CR-00347 MCE |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING HEARING ON PETITION FOR WRIT OF ERROR CORAM NOBIS AND SETTING NEW BRIEFING SCHEDULE** |
| vs. | |
| NAVJOT SINGH, | |
| Defendant. | |

The United States of America, through its counsel Justin L. Lee, and Navjot Singh, through his counsel Clyde M. Blackmon, stipulate that the hearing on Mr. Singh's Petition for Writ of Error Coram Nobis now scheduled for 10:00 a.m. on May 9, 2019, may be continued to June 6, 2019, at 10:00 a.m. It is further stipulated that Mr. Singh's reply to the government's Second Opposition to Defendant's Petition for Writ of Error Coram Nobis which is currently due to be filed on April 29, 2019, may be filed on May 28, 2019.

A continuance of the hearing date and briefing schedule is made necessary because counsel for Mr. Singh has suffered some health problems which required his hospitalization for three

| | |
|---|---|
| 1 | days and caused him to be out of his office for approximately |
| 2 | two and one-half weeks.  As a result, counsel has been unable to |
| 3 | prepare Mr. Singh's reply to the government's opposition.  For |
| 4 | that reason the parties have entered into the above stipulation |
| 5 | and request that the hearing on Mr. Singh's petition be |
| 6 | continued to 10:00 a.m. on June 6, 2019 and that the time for |
| 7 | him to file a reply to the government's opposition be extended |
| 8 | to May 28, 2019. |

    IT IS SO STIPULATED.

DATED:    April 29, 2019    Rothschild Wishek & Sands, LLP

    By:  <u>//s// Clyde M. Blackmon</u>
        CLYDE M. BLACKMON
        Attorneys for Navjot Singh

DATED:    April 29, 2019    By:  <u>//s// Clyde M. Blackmon for</u>
        Justin L. Lee
        Assistant U.S. Attorney

**ORDER**

    GOOD CAUSE APPEARING upon the stipulation of the parties it is hereby ordered that the hearing on Navjot Singh's Petition for Writ of Error Coram Nobis is continued to 10:00 a.m. on June 6, 2019, in courtroom 7, and Singh's reply to the government's Second Opposition to Defendant's Petition for Writ of Error Coram Nobis shall be filed on May 28, 2019.

    IT IS SO ORDERED.

Dated:  May 2, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 2 -

STIPULATION AND ORDER CONTINUING HEARING ON PETITION FOR WRIT OF ERROR CORAM NOBIS AND SETTING NEW BRIEFING SCHEDULE