CLYDE M. BLACKMON (SBN 36280)
ROTHSCHILD WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA 95825
Telephone: (916) 444-9845
E-Mail: cblackmon@rwslaw.com

Attorneys for Defendant
Navjot Singh

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:10-CR-00347 MCE |
|---|---|
| Plaintiff, | **STATUS REPORT AND STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| vs. | |
| NAVJOT SINGH, | |
| Defendant. | |

**STATUS REPORT**

On June 6, 2019, the Court granted Mr. Singh's Petition for Writ of Error Coram Nobis thus permitting him to withdraw his previously entered plea of guilty and sitting aside his conviction of conspiracy to distribute a controlled substance in violation of 21 U.S.C. §§ 846 and 841(a)(1). Mr. Singh is not a citizen of the United States, and his conviction made him subject to mandatory deportation to India. The matter is on the Court's calendar for July 25, 2019, for a status conference. The parties want to continue the status conference to give them time in which to work out a resolution of the case that would

1 permit Mr. Singh to plead guilty to an immigration neutral
2 offense.

**STIPULATION**

The United States of America, through its counsel Assistant U. S. Attorney Justin L. Lee, and Navjot Singh, through his counsel Clyde M. Blackmon, stipulate that the status conference now scheduled for July 25, 2019, may be continued to September 12, 2019.

The parties further stipulate that the time from the currently set status conference on July 25, 2019, through September 12, 2019, the requested date for the continued status conference, should be excluded from the computation of the period of time within which the trial of this case should commence under the Speedy Trial Act. Counsel for the parties are in agreement that a continuance of the status conference is necessary, taking into account the exercise of due diligence, for both sides to effectively prepare the matter. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). For these reasons the parties stipulate that the ends of justice served by granting the requested continuance of the currently set status conference outweigh the best interests of the public and Mr. Singh in a speedy trial.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| DATED: July 23, 2019 | By: | //s// Clyde M. Blackmon for Justin L. Lee Assistant U.S. Attorney |
| DATED: July 23, 2019 | | Rothschild Wishek & Sands, LLP |
| | By: | //s// Clyde M. Blackmon CLYDE M. BLACKMON Attorneys for Navjot Singh |

1  **ORDER**

2    GOOD CAUSE APPEARING upon the stipulation of the parties it
3  is ordered that the status conference currently scheduled for
4  July 25, 2019, is continued to 10:00 a.m. on September 12, 2019,
5  in courtroom 7.
6    For the reasons stipulated to by the parties, good cause
7  exists pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv); therefore,
8  time is excluded under the Speedy Trial Act through September
9  12, 2019.  Based on the stipulation of the parties, the Court
10 finds that the interests of justice served by granting the
11 requested continuance of the status conference outweigh the best
12 interest of the public and Mr. Singh in a speedy trial.  18
13 U.S.C. 3161(h)(7)(B)(iv); Local Code T4.
14   IT IS SO ORDERED.
15 Dated:  July 24, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE