1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD WISHEK & SANDS LLP
2  765 University Avenue
   Sacramento, CA  95825
3  Telephone: (916) 444-9845
   E-Mail: cblackmon@rwslaw.com
4
   Attorneys for Defendant
5  Navjot Singh

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:10-CR-00347 MCE |
|---|---|
| Plaintiff, | **STATUS REPORT AND STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| vs. | |
| NAVJOT SINGH, | |
| Defendant. | |

**STATUS REPORT**

On June 6, 2019, the Court granted Mr. Singh's Petition for Writ of Error Coram Nobis thus permitting him to withdraw his previously entered plea of guilty and sitting aside his conviction of conspiracy to distribute a controlled substance in violation of 21 U.S.C. §§ 846 and 841(a)(1).  Mr. Singh is not a citizen of the United States, and his conviction made him subject to mandatory deportation to India.  The matter is on the Court's calendar for September 12, 2019, for a status conference.  The parties want to continue the status conference to give them time in which to work out a resolution of the case that would permit Mr. Singh to plead guilty to an immigration

neutral offense.  The matter was previously continued from July 25, 2019, however Mr. Singh's counsel has experienced health problems and has been out of his office for the last five weeks. As a result, he has been unable to complete the research necessary to assist in the proposed resolution of the matter.

**STIPULATION**

The United States of America, through its counsel Assistant U. S. Attorney Justin L. Lee, and Navjot Singh, through his counsel Clyde M. Blackmon, stipulate that the status conference now scheduled for September 12, 2019, may be continued to October 17, 2019.

The parties further stipulate that the time from the currently set status conference on September 12, 2019, through October 17, 2019, the requested date for the continued status conference, should be excluded from the computation of the period of time within which the trial of this case should commence under the Speedy Trial Act.  Counsel for the parties are in agreement that a continuance of the status conference is necessary, taking into account the exercise of due diligence, for both sides to effectively prepare the matter.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  For these reasons the parties stipulate that the ends of justice served by granting the requested continuance of the currently set status conference outweigh the best interests of the public and Mr. Singh in a speedy trial.

*/////*
*/////*
*/////*
*/////*

IT IS SO STIPULATED.

DATED: September 9, 2019    By: <u>//s// Clyde M. Blackmon for</u>
                                    Justin L. Lee
                                    Assistant U.S. Attorney

DATED: September 9, 2019    Rothschild Wishek & Sands, LLP

                            By: <u>//s// Clyde M. Blackmon</u>
                                    CLYDE M. BLACKMON
                                    Attorneys for Navjot Singh

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered that the status conference currently scheduled for September 12, 2019, is continued to 10:00 a.m. on October 17, 2019, in courtroom 7.

For the reasons stipulated to by the parties, good cause exists pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv); therefore, time is excluded under the Speedy Trial Act through October 17, 2019. Based on the stipulation of the parties, the Court finds that the interests of justice served by granting the requested continuance of the status conference outweigh the best interest of the public and Mr. Singh in a speedy trial. 18 U.S.C. 3161(h)(7)(B)(iv); Local Code T4.

IT IS SO ORDERED.

Dated: September 13, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE