```
CLYDE M. BLACKMON (SBN 36280)
ROTHSCHILD WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA  95825
Telephone: (916) 444-9845
E-Mail: cblackmon@rwslaw.com

Attorneys for Defendant
Navjot Singh
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NAVJOT SINGH,<br><br>　　　　Defendant. | Case No.: 2:10-CR-00347 MCE<br><br>**NOTICE OF EXCLUSION OF TIME AND ORDER** |

The parties, through their respective counsel, hereby agree and stipulate that the time from the previously scheduled status conference on November 21, 2019, through December 4, 2019, the date of the date of the rescheduled status conference, should be excluded from the computation of the period of time within which the trial of this case should commence under the Speedy Trial Act.  The parties are in agreement that the ends of justice served by rescheduling the status conference outweigh the best interests of the public and Mr. Singh in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).

/////

/////

1  IT IS SO STIPULATED.

2  DATED:     November 6, 2019      By:   //s// Clyde M. Blackmon for
3                                           Justin L. Lee
                                            Assistant U.S. Attorney

4  DATED:     November 6, 2019      Rothschild Wishek & Sands, LLP
5
                                    By:   //s// Clyde M. Blackmon
6                                           CLYDE M. BLACKMON
                                            Attorneys for Navjot Singh
7

8                                **ORDER**

   Based upon the stipulation of the parties, the Court finds that the time from November 21, 2019, through December 4, 2019, is excluded under the Speedy Trial Act and that ends of justice served from rescheduling the status conference outweigh the best interests of the public and Mr. Singh in a speedy trial.  *See* 18 U.S.C. § 3161(h)(7)(A).

   IT IS SO ORDERED.

   DATED:  November 13, 2019

   _____
   MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE