CLYDE M. BLACKMON (SBN 36280)
ROTHSCHILD WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA  95825
Telephone: (916) 444-9845
E-Mail: cblackmon@rwslaw.com

Attorneys for Defendant
Navjot Singh

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>NAVJOT SINGH,<br><br>        Defendant. | Case No.: 2:10-CR-00347 MCE<br><br>**STATUS REPORT AND STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |

**STATUS REPORT**

On June 6, 2019, this Court granted Mr. Singh's Petition for Writ of Error Coram Nobis thus permitting him to withdraw his previously entered guilty plea and sitting aside his conviction of conspiracy to distribute a controlled substance in violation of 21 U.S.C. §§ 846 and 841(a)(1).  Mr. Singh is not a citizen of the United States, and his conviction made him subject to mandatory deportation to India.  The matter is on the Court's calendar for a status conference on December 4, 2019. The parties have been working on putting together a plea agreement which would let Mr. Singh plead guilty to the immigration neutral offense of misprision of a felony.  However,

- 1 -

the process has been delayed by certain health problems Mr. Singh's counsel has experienced and the fact counsel is currently only working part time. The parties have continued the status conference twice before. They are now asking to continue the status conference to February 6, 2020, and expect to have the matter wrapped up at that court appearance.

### STIPULATION

The United States of America, through its counsel Assistant U. S. Attorney Justin L. Lee, and Navjot Singh, through his counsel Clyde M. Blackmon, stipulate that the status conference now scheduled for December 4, 2019, may be continued to February 6, 2020, at 10:00 a.m.

The parties further stipulate that the time from the currently set status conference on December 4, 2019, through February 6, 2020, the requested date for the continued status conference, should be excluded from the computation of the period of time within which the trial of this case should commence under the Speedy Trial Act. Counsel for the parties are in agreement that a continuance of the status conference is necessary, taking into account the exercise of due diligence, for both sides to effectively prepare the matter. For these reasons, the parties stipulate that the ends of justice served by granting the requested continuance of the currently set status conference outweigh the best interests of the public and Mr. Singh in a speedy trial.

/////
/////
/////

1 | IT IS SO STIPULATED.

DATED: December 2, 2019    By: //s// Clyde M. Blackmon for
                               <u>Justin L. Lee</u>
                               Assistant U.S. Attorney

DATED: December 2, 2019    Rothschild Wishek & Sands, LLP

                           By: //s// Clyde M. Blackmon
                               <u>CLYDE M. BLACKMON</u>
                               Attorneys for Navjot Singh

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties, it is ordered that the status conference currently scheduled for December 4, 2019, is continued to 10:00 a.m. on February 6, 2020, in Courtroom 7. For the reasons stipulated to by the parties, good cause exists pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv); therefore, time is excluded under the Speedy Trial Act through February 6, 2020. Based on the stipulation of the parties, the Court finds that the interests of justice served by granting the requested continuance of the status conference outweigh the best interests of the public and Mr. Singh in a speedy trial.

IT IS SO ORDERED.

Dated: December 11, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE