CLYDE M. BLACKMON (SBN 36280)
ROTHSCHILD WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA  95825
Telephone: (916) 444-9845
E-Mail: cblackmon@rwslaw.com

Attorneys for Defendant
Navjot Singh

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:10-CR-00347 MCE |
|---|---|
| Plaintiff, | **NOTICE OF EXCLUSION OF TIME AND ORDER** |
| vs. | |
| NAVJOT SINGH, | |
| Defendant. | |

The parties, through their respective counsel, hereby agree and stipulate that the time from the previously scheduled status conference on February 6, 2020, through June 11, 2020, the date of the date of the rescheduled status conference, should be excluded from the computation of the period of time within which the trial of this case should commence under the Speedy Trial Act.  The parties are in agreement that the ends of justice served by rescheduling the status conference outweigh the best interests of the public and Mr. Singh in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

/////

/////

IT IS SO STIPULATED.

DATED: January 17, 2020  By: //s// Clyde M. Blackmon for
                             Justin L. Lee
                             Assistant U.S. Attorney

DATED: January 17, 2020  Rothschild Wishek & Sands, LLP

                         By: //s// Clyde M. Blackmon
                             CLYDE M. BLACKMON
                             Attorneys for Navjot Singh

**ORDER**

Based upon the stipulation of the parties, the Court finds that the time from February 6, 2020, through June 11, 2020, is excluded under the Speedy Trial Act and that the ends of justice served from rescheduling the status conference outweigh the best interests of the public and Mr. Singh in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: January 21, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE