MCGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>               v.<br><br>NAVJOT SINGH,<br><br>                              Defendant. | CASE NO.  2:10-CR-00347-MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: June 11, 2020<br>TIME:  10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on June 11, 2020.

2.      By this stipulation, defendant now moves to continue the status conference until August 20, 2020, and to exclude time between June 11, 2020, and August 20, 2020, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find:

        a)      On June 6, 2019, the Court granted the defendant's coram nobis petition and set the matter for a status hearing on July 25, 2019.  The Court granted the coram nobis petition based on prior counsel's ineffective assistance related to potential immigration consequences of a criminal conviction.  The United

States and counsel for the defendant have explored potential resolution of this matter.  Counsel for the defendant has conducted follow-up research and investigation related to the potential immigration consequences of this case and potential resolution options.  Counsel for the defendant desires additional time to conduct investigation and research.

b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) The government does not object to the continuance.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

2

e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 11, 2020 to August 20, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.


Dated:  May 6, 2020                          McGREGOR W. SCOTT
                                             United States Attorney


                                             /s/ JUSTIN L. LEE
                                             JUSTIN L. LEE
                                             Assistant United States Attorney



Dated:  May 6, 2020                          /s/ CLYDE BLACKMON
                                             CLYDE BLACKMON
                                             Counsel for Defendant
                                             NAVJOT SINGH



**ORDER**

IT IS SO ORDERED.

Dated:  May 11, 2020

                                             MORRISON C. ENGLAND, JR.
                                             UNITED STATES DISTRICT JUDGE